IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAURICE SHARMANE RODGERS,** | : | |
| Petitioner | : | |
| | : | No. 1:19-cv-82 |
| v. | : | |
| | : | (Judge Kane) |
| **WARDEN FCI ALLENWOOD LOW,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 28th day of June 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**, and the Clerk of Court is directed to **CLOSE** the above-captioned action.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania